# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 15, 2010

140810 & (23)(25)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SHERRY LOAR, MICHELLE BERRY
and PAULETTE SILVERSON
       Plaintiffs,

v

DEPARTMENT OF HUMAN SERVICES
and DIRECTOR OF DEPARTMENT
OF HUMAN SERVICES,
       Defendants.
_____/

SC: 140810
COA: 294087

On order of the Court, the motions for leave to file brief amicus curiae are GRANTED. The application for leave to appeal the December 30, 2009 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for an explanation of the reason(s) for the denial of the plaintiffs' complaint for mandamus.

We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2010

_____
Clerk

d0908